IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, as subrogee for Jack Burrows,<br><br>          Plaintiff,<br><br>     v.<br><br>GENERAL ELECTRIC COMPANY; SAMSUNG ELECTRONICS AMERICA, INC, and DOES 1 through 25, inclusive,<br><br>          Defendants.<br>_____/ | No. 2:10-cv-02764 LKK KJN<br><br><br><br><br><br><br><br><br><br>ORDER |

The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455(b). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

DATED: October 14, 2010

                                               _/s/ Kendall J. Newman_
                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE