**LAW OFFICES OF GEORDAN GOEBEL**
**GEORDAN GOEBEL** [State Bar # 149513]
**W. JUSTIN CLARK** [State Bar # 268827]
**TRAVIS R.M. TILLMAN** [State Bar # 271267]
155 Granada Street, Suite M-2
Camarillo, CA 93010-7725
Phone: (805) 482-7966

Attorney for Plaintiff,
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br>    Plaintiff,<br>vs.<br>GENERAL ELECTRIC COMPANY, et al.,<br>    Defendants. | Case #. 2:10-cv-02764-KJM-DAD<br><br>**PLAINTIFF, STATE FARM GENERAL INSURANCE COMPANY'S REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON DEFENDANT, SAMSUNG ELECTRONICS AMERICA, INC.'s MOTION FOR SUMMARY JUDGMENT; ORDER**<br><br>**DATE: April 27, 2011**<br>**TIME: 10:00AM**<br>**DEPT: 3 - 15th Fl.** |

    The Law Offices of Geordan Goebel, counsel for Plaintiff, State Farm General Insurance Company, hereby respectfully requests leave to appear before the Honorable Kimberly J. Mueller via telephone at the hearing regarding Defendant, Samsung Electronics America, Inc.'s Motion for Summary Judgment, scheduled to be heard on April 27, 2011 at 10:00 a.m. in Department 3.

    Counsel requests a telephonic appearance due to the distance and time required to travel to make said appearance as well as the time constraints of preparing for a noticed deposition, scheduled for the following day.

///

1
**REQUEST FOR TELEPHONIC APPEARANCE**

1 | W. Justin Clark, an associate of the Law Offices of Geordan Goebel will appear on
2 | behalf of Plaintiff. His direct telephone number is (805) 482-7966.

DATED: April 20, 2011          LAW OFFICES OF GEORDAN GOEBEL

/s/ Geordan Goebel, Esquire
By:_____
GEORDAN GOEBEL
Attorneys for Plaintiff
State Farm General Insurance Co.

## ORDER

The court hereby grants Plaintiff's request to appear via telephone at the hearing on Defendant's motion for summary judgment.

Dated: April 22, 2011.

_____
UNITED STATES DISTRICT JUDGE