1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendant
6  General Electric Company

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10
                                              )   **Case No.** CV 10-02764-JAM-DAD
11  STATE FARM GENERAL INSURANCE              )
    COMPANY, as subrogee for Jack Burrows,,   )   **DEFENDANT GENERAL ELECTRIC**
12                                            )   **COMPANY'S REQUEST TO APPEAR**
                      Plaintiff,              )   **TELEPHONICALLY FOR HEARING**
13                                            )   **ON DEFENDANT, SAMSUNG**
           vs.                                )   **ELECTRONICS AMERICA, INC.'S**
14                                            )   **MOTION FOR SUMMARY**
    GENERAL ELECTRIC COMPANY;                 )   **JUDGMENT; ORDER**
15  SAMSUNG ELECTRONICS AMERICA,              )
    INC, and DOES 1 through 25, inclusive,    )   Dept:  April 27, 2011
16                                            )   Time:  10:00 a.m.
                      Defendants.             )   Dept:  3, 15th Floor
17                                            )
                                              )
18  _____    )

19          The motion for summary judgment of Defendant Samsung Electronics America, Inc.

20  ("Samsung") is set for hearing before this Court on April 27, 2011 at 10:00 a.m.  Plaintiff has

21  requested permission to appear at said hearing by telephone.  (Docket No. 24.)  Accordingly,

22  Defendant General Electric Company ("GE") also requests permission to appear telephonically.

23  GE has not filed any papers in connection with the motion, and does not intend to present

24  argument at the hearing.

25  ///

26  ///

27  ///

28  ///

                                          - 1 -
_____
             GE'S REQUEST TO APPEAR TELEPHONICALLY FOR HEARING

1    Dated:  April 21, 2011

2                                              GLYNN & FINLEY, LLP
                                               ADAM FRIEDENBERG
3                                              JONATHAN A. ELDREDGE
                                               One Walnut Creek Center
                                               100 Pringle Avenue, Suite 500
4                                              Walnut Creek, CA  94596

5

6                                              By _____/s/ Adam Friedenberg_____
                                               Attorneys for Defendant
7                                              General Electric Company

8

9                                  ORDER

10          For the reasons set forth above, the Court hereby GRANTS GE's request to appear by

11   telephone at the April 27 hearing on Samsung's motion for summary judgment.

12          Dated:  April 26, 2011.

13

14                                        _____
                                          UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

GE'S REQUEST TO APPEAR TELEPHONICALLY FOR HEARING