1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   Attorneys for Defendant
6  General Electric Company

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 STATE FARM GENERAL INSURANCE         )  **Case No.** CV 10-2764-KJM-DAD
   COMPANY, as subrogee for Jack Burrows,, )
12                                       )  **STIPULATION AND ORDER RE**
                   Plaintiff,            )  **DISCOVERY DATES**
13                                       )
           vs.                           )
14                                       )
   GENERAL ELECTRIC COMPANY;             )
15 SAMSUNG ELECTRONICS AMERICA,          )
   INC, and DOES 1 through 25, inclusive,)
16                                       )
                   Defendants.           )
17                                       )

18

19        WHEREAS, on December 14, 2010, the Honorable John A. Mendez issued the "Status

20 (Pre-Trial) Scheduling Order," Docket No. 16 (the "Order");

21        WHEREAS, on January 21, 2011, the matter was reassigned to this Court;

22        WHEREAS, pursuant to the Order, the expert discovery disclosure date is August 5,

23 2011, the supplemental expert disclosure date is August 19, 2011, the discovery cut-off (fact and

24 expert) is September 16, 2011 and trial is set for February 27, 2012;

25        WHEREAS, the parties have engaged in written discovery, but have not conducted any

26 depositions to date;

27        WHEREAS, the parties intend to attempt to informally resolve this matter through

28 mediation or other means;

1  WHEREAS, the parties wish to continue the discovery dates while they are attempting
2 informal resolution and a modification of the discovery deadlines will not impact the trial or pre-
3 trial conference schedule;

4  THEREFORE, the parties stipulate and request that the Court order that: (1) the expert
5 disclosure date is continued to November 3, 2011; (2) the supplemental expert disclosure date is
6 continued to November 17, 2011; and (3) the discovery cut-off (fact and expert) is continued to
7 December 15, 2011. All other dates remain unchanged.

9  IT IS SO STIPULATED.

10  Dated: July 12, 2011

GLYNN & FINLEY, LLP

By   /s/ Adam Friedenberg
Attorneys for Defendant
General Electric Company

Dated: July 12, 2011

LAW OFFICES OF GEORDAN GOEBEL

By   /s/ Geordan Goebel
Attorneys for Plaintiff
State Farm General Insurance Company
(as subrogee for Jack Burrows)

20  IT IS SO ORDERED.
21  Dated: July 27, 2011.

_____
UNITED STATES DISTRICT JUDGE