1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975

   Attorneys for Defendant
   General Electric Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, as subrogee for Jack Burrows,, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY; SAMSUNG ELECTRONICS AMERICA, INC, and DOES 1 through 25, inclusive, <br><br> Defendants. | **Case No.** CV 10-02764-KJM-DAD <br><br> **STIPULATION AND ORDER RE EXPERT DISCOVERY DATES** |

WHEREAS, on July 28, 2011, the Court issued an order setting the following expert discovery dates: (1) the expert disclosure date is November 3, 2011; (2) the supplemental expert disclosure date is November 17, 2011; and (3) the discovery cut-off (fact and expert) is December 15, 2011. (Docket No. 32.)

WHEREAS, pursuant to The Honorable John A. Mendez's "Status (Pre-trial Scheduling) Order," dated December 13, 2010, the final pre-trial conference is January 11, 2012 and trial is set for February 27, 2012. (Docket No. 16.)

WHEREAS, the parties have engaged in written discovery, but have not conducted any depositions to date;

///

1  WHEREAS, on October 26, 2011, General Electric Company's expert will physically
2  inspect the oven that is alleged to have caused the fire alleged in the complaint;
3  WHEREAS, Plaintiff's Rule 30(b)(6) deposition is tentatively scheduled for November
4  15, 2011, and Plaintiff's insured's deposition is tentatively scheduled for November 11, 2011.
5  THEREFORE, the parties stipulate and request that the Court order that:  (1) the expert
6  disclosure date is continued to December 2, 2011; (2) the supplemental expert disclosure date is
7  continued to December 14, 2011; and (3) the discovery cut-off (fact and expert) is continued to
8  December 23, 2011.  All other dates remain unchanged.

10  IT IS SO STIPULATED.
11  Dated:  October 27, 2011

    GLYNN & FINLEY, LLP

    By    /s/ Adam Friedenberg
        Attorneys for Defendant
        General Electric Company

    Dated:  October 27, 2011

    LAW OFFICES OF GEORDAN GOEBEL

    By    /s/ Geordan Goebel
        Attorneys for Plaintiff
        State Farm General Insurance Company
        (as subrogee for Jack Burrows)

21  IT IS SO ORDERED.

23  Dated:  November 2, 2011.

    _____
    UNITED STATES DISTRICT JUDGE