GLYNN & FINLEY, LLP
ADAM FRIEDENBERG, Bar No. 205778
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendant
General Electric Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, as subrogee for Jack Burrows,, <br><br>Plaintiff, <br><br>vs. <br><br>GENERAL ELECTRIC COMPANY; SAMSUNG ELECTRONICS AMERICA, INC, and DOES 1 through 25, inclusive, <br><br>Defendants. | **Case No.** CV 10-02764-KJM-DAD <br><br>**STIPULATION AND ORDER RE EXPERT DISCOVERY DATES** |

WHEREAS, on July 28, 2011, the Court issued an order setting the following expert discovery dates: (1) the expert disclosure date is November 3, 2011; (2) the supplemental expert disclosure date is November 17, 2011; and (3) the discovery cut-off (fact and expert) is December 15, 2011.  (Docket No. 32.)

WHEREAS, pursuant to The Honorable John A. Mendez's "Status (Pre-trial Scheduling) Order," dated December 13, 2010, the final pre-trial conference is January 11, 2012 and trial is set for February 27, 2012.  (Docket No. 16.)

WHEREAS, the parties have engaged in written discovery, but have not conducted any depositions to date;

///

1      WHEREAS, on October 26, 2011, General Electric Company's expert will physically inspect the oven that is alleged to have caused the fire alleged in the complaint;

       WHEREAS, Plaintiff's Rule 30(b)(6) deposition is tentatively scheduled for November 15, 2011, and Plaintiff's insured's deposition is tentatively scheduled for November 11, 2011.

       THEREFORE, the parties stipulate and request that the Court order that: (1) the expert disclosure date is continued to December 2, 2011; (2) the supplemental expert disclosure date is continued to December 14, 2011; and (3) the discovery cut-off (fact and expert) is continued to December 23, 2011.  All other dates remain unchanged.

       IT IS SO STIPULATED.

       Dated:  October 27, 2011

                                              GLYNN & FINLEY, LLP


                                              By      /s/ Adam Friedenberg
                                                 Attorneys for Defendant
                                                 General Electric Company


       Dated:  October 27, 2011

                                              LAW OFFICES OF GEORDAN GOEBEL


                                              By      /s/ Geordan Goebel
                                                 Attorneys for Plaintiff
                                                 State Farm General Insurance Company
                                                 (as subrogee for Jack Burrows)

       IT IS SO ORDERED.

Dated:  November 2, 2011.

                                              _____
                                              UNITED STATES DISTRICT JUDGE